1  TRACY L. WILKISON
   Acting United States Attorney
2  DAVID M. HARRIS
3  Assistant United States Attorney
   Chief, Civil Division
4  CEDINA M. KIM
5  Assistant United States Attorney
   Senior Trial Attorney, Civil Division
6  MARGARET BRANICK-ABILLA, CSBN 223600
7  Special Assistant United States Attorney
8       Social Security Administration
        160 Spear Street, Suite 800
9       San Francisco, CA  94105
10      Telephone: (510) 970-4809
        Facsimile: (415) 744-0134
11      Email: Margaret.Branick-Abilla@ssa.gov
12 Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| SALVADOR AGUILERA, | Case No. CV20-6266 KES |
| Plaintiff, | **[PROPOSED] JUDGMENT** |
| v. | |
| ANDREW SAUL,<br>Commissioner of Social Security, | |
| Defendant. | |

//
//
//

Having approved the parties' Stipulation to Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g), and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

DATED: May 27, 2021

*Karen E. Scott*
HON. KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE